**FENNEMORE CRAIG, P.C.**
Shannon S. Pierce (Bar No. 12471)
Elizabeth J. Bassett (Bar No. 9013)
300 East Second Street, Suite 1510
Reno, NV 89501
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
Email: spierce@fclaw.com

Attorneys for Defendant
Harrah's Las Vegas, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANTOS GARCIA, a married individual, | Case No. 2:19-cv-01901-GMN-BNW |
| Plaintiff, | **REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION SESSION** |
| v. | |
| HARRAH'S LAS VEGAS, LLC d/b/a HARRAH'S CASINO HOTEL LAS VEGAS, a Domestic Limited-Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive; | |
| Defendants. | |

Pursuant to ECF No. 12 (Order Scheduling Early Neutral Evaluation), Defendants Harrah's Las Vegas, LLC d/b/a Harrah's Casino Hotel Las Vegas ("Defendant") respectfully request that the Court continue the Early Neutral Evaluation session ("ENE") currently scheduled for February 20, 2020. Good cause exists for such a continuance, as lead counsel for Defendants, Ms. Pierce, is unavailable on February 20, 2020 due to previous commitments in other pending litigation. Ms. Pierce apologizes to the Court for any inconvenience caused by this unavailability.

Defendants and their counsel of record are available on any of the following alternate dates:

    a. March 6, 2020

    b. March 9, 2020

Defendants respectfully request that the ENE be continued to one of the dates set forth above

1

15504544.2

FENNEMORE CRAIG, P.C.
300 East Second Street, Suite 1510
Reno, NV 89501
Tel: (775) 788-2200  Fax: (775) 786-1177

(or such other date as is convenient for the Court).

Prior to filing this Request, Defendants met and conferred with Plaintiff concerning the above dates. Plaintiff's counsel informed Defendants that Plaintiff and his counsel of record are available on the above dates.

DATED this 30th day of January, 2020.

FENNEMORE CRAIG, P.C.

By: */s/ Shannon S. Pierce*
Shannon S. Pierce, NV Bar No. 12471
Elizabeth J. Bassett (Bar No. 9013)
300 East Second Street, Suite 1510
Reno, Nevada 89501

*Attorneys for Defendant*
Harrah's Las Vegas, LLC

## ORDER

**IT IS ORDERED** that the Early Neutral Evaluation currently scheduled for February 20, 2020 is vacated and continued to Monday, March 23, 2020 at 9:30 a.m. in Courtroom 3A.

**IT IS FURTHER ORDERED** that the written evaluation statements must be submitted directly to the undersigned's chambers--Room 3099--by 4:00 p.m. on Monday, March 16, 2020.

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order ECF No. 12 shall remain in effect.

DATED: February 3, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

15504544.2

## CERTIFICATE OF SERVICE

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the attached **REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION SESSION** on the parties set forth below by:

| | |
|---|---|
| _____ | Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices |
| _____ | Certified Mail, Return Receipt Requested |
| _____ | Via Facsimile (Fax) |
| _____ | Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered |
| _____ | Federal Express (or other overnight delivery) |
| XXX | Via the Court's CM/ECF system |

addressed as follows:

Trevor J. Hatfield, Esq.
Hatfield & Associates, Ltd.
703 South Eighth Street
Las Vegas, NV 89101
thatfield@hatfieldlawassociates.com

DATED this 30th day of January, 2020.

                    */s/* Debbie Sorensen
                    An employee of FENNEMORE CRAIG, P.C.

FENNEMORE CRAIG, P.C.
300 East Second Street, Suite 1510
Reno, NV 89501
Tel: (775) 788-2200   Fax: (775) 786-1177

15504544.2