1  TREVOR J. HATFIELD, ESQ.
   Nevada Bar No. 7373
2  **HATFIELD & ASSOCIATES, LTD.**
   703 South Eighth Street
3  Las Vegas, Nevada 89101
   (702) 388-4469 Tel.
4  (702) 386-9825 Fax
5  *thatfield@hatfieldlawassociates.com*

6  *Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SANTOS GARCIA, a married individual,<br><br>Plaintiff,<br><br>vs.<br><br>HARRAH'S LAS VEGAS, LLC d/b/a HARRAH'S CASINO HOTEL LAS VEGAS, a Domestic Limited-Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:19-cv-01901-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(Second Request)** |

COMES NOW, Plaintiff, SANTOS GARCIA, (hereinafter, "Garcia"), by and through his counsel, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and HARRAH'S LAS VEGAS, LLC d/b/a HARRAH'S CASINO HOTEL LAS VEGAS, (hereinafter "Defendant"), by and through its counsel Shannon S. Pierce, Esq., of the law firm of Fennemore Craig, P.C. and do hereby stipulate and agree to a two-week extension of time to respond to Defendant's Motion for Summary Judgment (Doc #24) from November 2, 2020 up to and including November 16 2020.

This extension is requested because the parties have focused their attention on possible settlement and, as such, plaintiff has not yet completed his opposition.

This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' second request for an extension of the time for the parties to respond to this motion.

1

1 | Accordingly, Plaintiff's shall have up to and including November 16, 2020 to respond to Defendant's Motion to for Summary Judgment.

Dated this 6th day of November 2020.

HATFIELD & ASSOCIATES, LTD.

By:   /s/ *Trevor J. Hatfield*
Trevor J. Hatfield, Esq. (SBN 7373)
703 S. Eighth St.
Las Vegas, Nevada 89101
Tel.: (702) 388-4469 Tel.
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated this 6th day of November 2020.

FENNEMORE CRAIG, P.C.

By:   */s/ Shannon S. Pierce*                .
Shannon S. Pierce (Bar No. 12471)
Elizabeth J. Bassett (Bar No. 9013)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
Email: spierce@fclaw.com
*Attorneys for Defendant
Harrah's Las Vegas, LLC*

**IT IS SO ORDERED.**

DATED this  6  day of November, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

## **CERTIFICATE OF SERVICE**

I certify that on November 6, 2020, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR FOR SUMMARY JUDGMENT** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this November 6, 2020.                    By: _____*/s/ Freda P. Brazier*_____
                                                An Employee of Hatfield & Associates, Ltd.