TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANTOS GARCIA, a married individual,<br><br>Plaintiff,<br><br>vs.<br><br>HARRAH'S LAS VEGAS, LLC d/b/a HARRAH'S CASINO HOTEL LAS VEGAS, a Domestic Limited-Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:19-cv-01901-GMN-BNW<br><br>**PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

The undersigned counsel hereby moves to Withdraw as Counsel for Plaintiff. This motion is made and based upon the Memorandum of Points and Authorities submitted herein, the Declaration of Trevor J. Hatfield, Esq., attached hereto, the Notice of Withdrawal, attached hereto, the pleadings and papers on file and any argument adduced at the hearing of this Motion to Withdraw as Counsel for Plaintiff.

Dated this 13th day of January 2020.    **HATFIELD & ASSOCIATES, LTD.**

By:  /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

1

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

Local Rule IA 11-06 (a) allows for an attorney to withdraw with leave of court after notice of the intent to withdraw is served. Counsel has discussed withdrawing from representing his client, Plaintiff, and is seeking withdrawal by motion. Local Rule IA 11-06 (e) provides that, except for good cause, withdrawal will not be granted if a delay in discovery, the trial or any hearing will result. Here, Counsel believes that there will be no delay, as discovery has closed, judgment has been entered, and there are no pending pretrial deadlines or trial setting. Attached is the Declaration of Counsel setting forth that in his belief it is in the best interests of Counsel and Plaintiff that Counsel's motion be granted.

Plaintiff shall be served by electronic mail and United States mail, pursuant to Local Rule IA 11-06 (b) and the opposing counsel in this case will receive notice of this motion via the CM/ECF system.

Dated this 13th day of January 2020.          **HATFIELD & ASSOCIATES, LTD.**

By:  /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

### ORDER
**IT IS SO ORDERED**

**DATED:** 1:20 pm, January 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**